■ GAY STANTON, Respondent, v CONSOLIDATED RAIL CORPORATION, Defendant and Third-Party Plaintiff-Appellant. VARDINE PARATRANSIT, INC., Third-Party Defendant. (Action No. 1.) GAY STANTON, Respondent, v HEXAM GARDENS CONSTRUCTION COMPANY, INC., Defendant. (Action No. 2.)—Appeal from an order of the Supreme Court (Graves, J.), entered May 7, 1986 in Schenectady County, which granted plaintiff's motion for a joint trial of both actions.

Order affirmed, with costs, upon the opinion of Justice Guy A. Graves. Kane, J. P., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.